UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

MISSION INVESTMENT AND MANAGEMENT LLC,

    Defendant.

Case No. 20-cv-07367-PJH

**ORDER TO SHOW CAUSE**

On October 21, 2020, plaintiff in the above-entitled matter filed a complaint alleging violations of the Americans with Disabilities Act ("ADA"). Dkt. 1. The following day, the court issued a scheduling order that required plaintiff to complete service on defendant or file a motion for administrative relief from deadline within 60 days after filing of the complaint. Dkt. 6. That deadline has lapsed with no proof of service or filing of an administrative motion.

The court hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff is ordered to file a written response to this order by Wednesday January 13, 2021. If plaintiff fails to respond, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 30, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge