CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Bruce A. Neilson #096952
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837
Attorneys for Defendant
Mission Investment and Management LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>        Plaintiff,<br><br>   v.<br><br>MISSION INVESTMENT AND MANAGEMENT LLC, a California Limited Liability Company<br><br>        Defendants. | Case: 3:20-cv-07367-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 1, 2021    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: September 1, 2021

By: /s/ Bruce A. Neilson
    Bruce A. Neilson
    Attorney for Defendant
    Mission Investment and
    Management LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Bruce A. Neilson, counsel for Mission Investment and Management LLC, respectively, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 1, 2021         CENTER FOR DISABILITY ACCESS

                                             By: /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff